**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Vance Dotson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | Case No. CIV-17-575-D |
| Energy Future Holdings Corp., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1.1., Defendant Energy Future Holdings Corp. ("EFH Corp."), makes the following disclosures:

Defendant states that it is the main debtor in the jointly administered chapter 11 bankruptcy cases of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (Bankr. D. Del.) (CSS).  Defendant further states that no publicly held corporation holds 10% or more of EFH Corp.'s stock; however, through various private equity funds, Goldman Sachs Capital Partners, a subsidiary of publicly traded Goldman Sachs Group Inc., publicly traded KKR & Co. L.P., and TPG Capital, L.P. each own in the aggregate more than 10% of the membership interests of Texas Energy Future Capital Holdings LLC, the general partner of Texas Energy Future Holdings Limited Partnership, EFH Corp.'s parent.

          Respectfully submitted,

Dated: July 14, 2017          /s/ LYLE R. NELSON

          Lyle R. Nelson, OBA No.10914
          Elisabeth D. Brown, OBA No. 30503
          L. Vance Brown, OBA No. 10743
          ELIAS, BOOKS, BROWN & NELSON, P.C.
          Two Leadership Square, St. 1300
          211 N. Robinson
          Oklahoma City, OK  73102
          (405) 232-3722 Phone
          (405) 232-3746 Facsimile
          Lyle@lylenelsonlaw.com
          ebrown@eliasbooks.com
          vbrown@eliasbooks.com
          ATTORNEYS FOR ENERGY FUTURE
          HOLDINGS CORP., TXU ENERGY GAS ASSET
          MANAGEMENT COMPANY, TXU ENERGY
          HOLDINGS COMPANY, TXU ENERGY
          INDUSTRIES COMPANY, TXU ENERGY
          RETAIL COMPANY LP, TXU ENERGY RETAIL
          MANAGEMENT COMPANY LLC, TXU ENERGY
          SERVICES COMPANY, TXU ENERGY
          SERVICES COMPANY LLC, TXU ENERGY
          SOLUTIONS MANAGEMENT COMPANY LLC,
          TXU ENERGY TRADING (CANADA)
          COMPANY, TXU ENERGY SOLUTIONS
          COMPANY LP, TXU PORTFOLIO
          MANAGEMENT COMPANY LP, AND TXU
          PORTFOLIO OPTIMIZATION COMPANY LLC

## **CERTIFICATE OF SERVICE**

    I, Lyle R. Nelson, certify that on the 14th day of July, 2017, I caused a true and correct copy of the foregoing *Corporate Disclosure Statement*, to be served by electronic filing to the parties of record via the Court's CM/ECF system.

Attorney Brian L. Ponder
Attorney Tiffany Hill
Attorney Jimmy K. Goodman

                                      /s/Lyle R. Nelson
                                        Lyle R. Nelson