## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP. )<br>d/b/a TXU ENERGY, *et al.*, )<br>)<br>Defendants. ) | Case No. CIV-17-575-D |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS TXU ENERGY SOLUTIONS MANAGEMENT COMPANY LLC d/b/a TXU ENERGY, TXU ENERGY INDUSTRIES COMPANY d/b/a TXU ENERGY, and TXU ENERGY SERVICES COMPANY LLC d/b/a TXU ENERGY**

Plaintiff VANCE DOTSON requests the Clerk of Court to enter default against Defendants TXU ENERGY SOLUTIONS MANAGEMENT COMPANY LLC d/b/a TXU ENERGY, TXU ENERGY INDUSTRIES COMPANY d/b/a TXU ENERGY, and TXU ENERGY SERVICES COMPANY LLC d/b/a TXU ENERGY on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

                Respectfully submitted,

Dated: December 5, 2017

                s/ Brian L. Ponder
                Brian L. Ponder, Esq. (NY: 5102751)
                BRIAN PONDER LLP
                200 Park Ave., Ste. 1700
                New York, NY 10166
                Telephone: (646) 450-9461
                Facsimile: (646) 607-9238
                Email: brian@brianponder.com
                ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, I filed the foregoing document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                          Respectfully submitted,

Dated: December 5, 2017                <u>s/ Brian L. Ponder</u>
                                               Brian L. Ponder, Esq. (NY: 5102751)