# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

_Dotson_____,  )
          Plaintiff )
                         )
vs.                        )    Case No. _17-575-8_

_Experian_____,  )    May 2019 **TRIAL DOCKET**
         Defendant )

## SCHEDULING   ORDER

Date _8-2-18_____    Judge _Timothy D. DeGiusti_    Clerk _Mike Bailey_____

Appearing for Plaintiff _Brian Ponder by phone_____
Appearing for Defendant _Jimmy Goodman, William Taylor by phone_

### ☒ JURY TRIAL DEMANDED  -  ☐ NON-JURY TRIAL

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1.   Motions to join additional parties to be filed by **within 14 days of this order**.

2.   Motions to amend pleadings to be filed by **within 14 days of this order**.

3.   Plaintiff to **file a final** list of **expert witness(es) in chief and serve expert reports** by _January 10, 2019___.* Defendant to file a **final** list of **expert witness(es) in chief and serve expert reports to plaintiff** _January 24, 2019__.*

4.   Plaintiff to file a **final** list of **witnesses,** together with addresses and brief summary of expected testimony where a witness has not already been deposed, by _January 24, 2019___.* Defendant to file a **final** list of **witnesses** (as described above) **fourteen** (14) days thereafter.*

5.   Plaintiff to file a **final exhibit** list by _January 24, 2019_____.* Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by _within 14 days___.

Defendant to file a **final exhibit** list 14 days thereafter.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26 (a)(3)(B) by _within 14 days___.

*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. **Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by
__March 8, 2019__ .

7. All dispositive and *Daubert* motions to
be filed by__February 8, 2019**__ .

**\*\*If dispositive motions are filed, the
trial setting will change. The parties
may also move to stay unexpired
scheduling order deadlines pending
the Court's ruling on dispositive
motions. Absent such a motion, all
deadlines will remain in full force and
effect.**

8. Trial docket__May 14, 2019__ \*\*\*

**\*\*\*Trial dockets generally begin the
second Tuesday of each month.
However, this practice varies,
particularly during holidays. The
published trial docket will announce
the trial setting.**

The interval between the dispositive
motion deadline (¶ 7) and the trial
docket (¶ 8) is relatively inflexible. An
extension of time to file or respond to a
motion for summary judgment will
likely affect the trial setting.

9. Designations of deposition testimony to
be used at trial to be filed by
__March 14, 2019__ .
Objections and counter-designations to
be filed by
__7 days thereafter__ . Objections to
counter-designations to be filed by
__7 days thereafter__ .

10. Motions in limine to be filed by
__March 14, 2019__ .\*\*\*\*

**\*\*\*\*Unless leave of Court to file
separate motions in limine is granted,
all motions in limine shall be
consolidated into a single filing, which
shall be subject to the page limitation
in LCvR 7.1(e).\*\*\*\***

11. Requested voir dire to be filed by
__March 14, 2019__ .

12. Trial briefs (optional unless otherwise
ordered) to be filed by
__March 14, 2019__ .

13. Requested jury instructions to be filed on
or before __March 14, 2019__ .\*\*\*\*\*

14. Proposed findings and conclusions of law
to be filed not later than
__March 14, 2019__ .\*\*\*\*\*

**\*\*\*\*\*In addition to filing, the parties
are encouraged, but not required, to
submit their proposed jury
instructions or findings of fact and
conclusions of law in Word format to
the Clerk via the Court's designated
mail box:
__degiusti-orders@okwd.uscourts.gov__.**

15. Any objection or responses to the trial
submissions referenced in 10, 11, 12, 13,
or 14 to be filed within **fourteen (14)
days** thereafter.

16. The Final Pretrial Report, approved by all
counsel, and in full compliance with
Local Rules (*see* Appendix IV), together
with **a proposed order approving the
report**, to be submitted to the Court by
__March 14, 2019__ .

17.     This case is referred to ADR:

    ☐    Mediation by agreement of the parties, exempt from LCvR 16.3.
    ☐    by Order of the Court:

        ☐    Court-Ordered Mediation subject to LCvR 16.3.
        ☐    Judicial Settlement Conference
        ☐    Other _____

        If the Court orders mediation, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, or not later than _____.

18.     **Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than fourteen (14) days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing. The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.**

19.     ☐  The parties consent to trial by a Magistrate Judge.

20.     Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made ☐; are excused ☐; or ☐ shall be made not later than _____.

21.     Other:   Objections to exhibits must be shown in the Final Pretrial Report or may be deemed waived _____

        Dated this _2nd_ day of _August_ , 20_18_.

        BY ORDER OF THE COURT
        CARMELITA REEDER SHINN, CLERK OF COURT

        By: _____
                        Deputy Clerk

Copies to all parties