# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VANCE DOTSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 5:17-cv-00575-D |
| | ) |
| **ENERGY FUTURE HOLDINGS** | ) |
| **CORP. d/b/a TXU ENERGY,** | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S LIST OF EXPERT WITNESSES

Pursuant to the Court's Scheduling Order (Dkt. No. 43), Defendant Experian Information Solutions, Inc. ("Experian") hereby identifies the following expert witness:

| **Expert Witness** | **Address** |
|---|---|
| Kimberly Cave | Experian Information Solutions, Inc., 701 Experian Parkway, Allen, Texas 75013, c/o Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002 |

Contemporaneous with this filing, pursuant to the Court's Scheduling Order, Experian served its Rule 26 Expert Witness Disclosure of Kimberly Cave and Ms. Cave's Expert Report on Plaintiff.

Dated January 24, 2019.

                                        s/*Jimmy K. Goodman*
                                        Jimmy K. Goodman, OBA #3451
                                        Crowe & Dunlevy
                                        324 N. Robinson Ave., Ste. 100
                                        Oklahoma City, OK 73102
                                        Telephone: (405) 235-7700
                                        goodmanj@crowedunlevy.com

                                        William R. Taylor
                                        Admitted *Pro Hac Vice*
                                        JONES DAY
                                        717 Texas Street, Ste. 3300
                                        Houston, TX 77002-7212
                                        Telephone: (832) 239-3939
                                        wrtaylor@jonesday.com

                                        ***Attorneys for Defendant***
                                        ***Experian Information Solutions, Inc.***


## Certificate of Service

     I hereby certify that on this 24th day of January, 2019, I filed the foregoing document with the Court through the Court's CM/ECF system.  I further certify that I served a true and correct copy of the foregoing document on Plaintiff by U.S. Mail at the following address:

Vance Dotson
1415 N.W. 43rd St.
 Oklahoma City, OK  73118


                                        */s/ Jimmy K. Goodman*
                                        Jimmy K. Goodman