# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-575-D |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) |
| | ) |
| Defendant. | ) |

## PROTECTIVE ORDER

Pursuant to the Order filed separately herein [Doc. No. 68], in which the Court granted Defendant's Motion for Protective Order on Plaintiff's 30(b)(6) Notice [Doc. No. 60], the Court orders the following:

1. Topics 1-6, 8, 9, and 26 in Plaintiff's 30(b)(6) Notice are limited to testimony regarding the categories of documents produced by Defendant as they relate to the TXU account at issue in this case;

2. Topics 7, 11-16, 18, and 22 in Plaintiff's 30(b)(6) Notice are limited to testimony regarding Defendant's policy and procedure documents that are applicable to Plaintiff's claims concerning his TXU Account. These include relevant portions of Defendant's "Dispute: Trades Participant Guide" and "Disputes: Additional Information Participant Guide";

3. Topics 23-26 in Plaintiff's 30(b)(6) Notice are limited to testimony relating to the TXU Account at issue in this case; and

4. No testimony is required for Topics 17, 19, 20, and 27-29.

**IT IS SO ORDERED** this 6th day of February, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE