# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Case No. 5:17-cv-00575-D |
| | ) |
| ENERGY FUTURE HOLDINGS | ) |
| CORP. d/b/a TXU ENERGY, | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

The undersigned counsel, having conferred with and obtained the agreement of Plaintiff, hereby informs the Court that the Parties have reached a settlement of all claims in this matter and intend to file a stipulation of dismissal with prejudice within thirty (30) days.

Accordingly, the Parties request that the Court enter an Administrative Closing Order that gives the Parties thirty (30) days in which to file the stipulation of dismissal.

                                                   s/*Jimmy K. Goodman*
                                                   Jimmy K. Goodman, OBA #3451
                                                   Crowe & Dunlevy
                                                   A Professional Corporation
                                                   324 N. Robinson Ave., Ste. 100
                                                   Oklahoma City, OK 73102
                                                   Telephone: (405) 235-7700
                                                   goodmanj@crowedunlevy.com

William R. Taylor
Admitted *Pro Hac Vice*
JONES DAY
717 Texas Street, Ste. 3300
Houston, TX 77002-7212
Telephone: (832) 239-3939
wrtaylor@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2019, I filed the foregoing document with the Court through the Court's CM/ECF system. I further certify that I served a true and correct copy of the foregoing document on Plaintiff by email and U.S. Mail at the following addresses:

Vance Dotson
1415 N.W. 43rd St.
Oklahoma City, OK  73118

Vance Dotson
1709 Albany Ave
Oklahoma City, OK 73111
*Pro se*

*/s/ Jimmy K. Goodman*
Jimmy Goodman
